In the Matter of the Probate of the Last Will and Codicil of
JANE K. AGAR, Deceased.

(Argued February 4, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 1, 1889, which affirmed a decree of the surrogate
of the county of Erie admitting the said will and codicil to
probate.

*Frank C. Ferguson* for appellant.

*J. Newton Fiero* for respondent.

*Arthur W. Hickman*, guardian *ad litem*, for infant legatee.

Agree to affirm ; no opinion.
All concur, except PARKER, J., not voting.
Judgment affirmed.

---

ANN FARMER, as Administratrix, etc., Respondent, *v.* THE
EMIGRANT INDUSTRIAL SAVINGS BANK et al., Appellants.

(Argued February 2, 1891; decided March 3, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made May 23, 1890, which affirmed a judgment in favor of
plaintiff entered upon the report of a referee.

*Francis C. Devlin* for appellants.

*Abram Kling* for respondent.

Agree to affirm on authority of *Devlin* v. *Greenwich Sav-
ings Bank* (125 N. Y. 756).
All concur.
Judgment affirmed.